**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
)
FLOOR64, INC., et al.,                                )
                                                                )
    Plaintiffs,                                       )
                                                                )
    v.                                                     )   Civil Action No.: 19-1499 (CKK)
                                                                )
U.S. IMMIGRATION AND CUSTOMS   )
ENFORCEMENT,                                   )
                                                                )
    Defendant.                                       )
_____ )

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

By and through its undersigned counsel, defendant, U.S. Immigration and Customs Enforcement ("ICE"), respectfully moves for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure. ICE has satisfied all of its obligations pursuant to the Freedom of Information Act in response to plaintiff's request for records. In support of this motion, the Court is respectfully referred to ICE's Memorandum of Points and Authorities, Statement of Material Facts, the enclosed declaration, *Vaughn* index, and declaration of Toni Fuentes with exhibits.

A proposed order consistent with the requested relief is filed herewith.

        Respectfully submitted,

        JESSIE K. LIU, D.C. Bar No. 472845
        United States Attorney

        DANIEL F. VAN HORN, D.C. Bar No. 924092
        Chief, Civil Division

By:    /s/  *Damon Taaffe*
        DAMON TAAFFE, D.C. Bar No. 483874
        Assistant United States Attorney
        555 Fourth Street, N.W.
        Washington, D.C. 20530
        (202) 252-2544
        damon.taaffe@usdoj.gov

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FLOOR64, INC., et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No.: 19-1499 (CKK) |
| U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, | ) |
| Defendant. | ) |

## **PROPOSED ORDER**

Upon consideration of defendant's motion for summary judgment and plaintiffs' opposition thereto, defendant's motion is GRANTED. Judgment is hereby entered in defendant's favor. This is a final, appealable order.

SO ORDERED.

_____   _____
Date                                                              Colleen Kollar-Kotelly
                                                                         United States District Judge